**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ignacio Gilberto CIFUENTES–REYES, a.k.a. Crazy, Defendant–Appellant.**

**No. 11–12540**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 4, 2012.

Ramona Albin, Jeffrey Michael Anderson, Calvin David Biggers, Jr., Joseph Paul Montminy, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Rita M. Briles, Law Offices of Rita M. Briles, PC, Gardendale, AL, Ignacio Gilberto Cifuentes–Reyes, Jasper, AL, for Defendant–Appellant.

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Rita M. Briles, appointed counsel for Ignacio Gilberto Cifuentes–Reyes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record

---

318

reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cifuentes–Reyes's convictions and sentences are **AFFIRMED.**